UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **5:26-cv-01158-CTS** Date: **August 6, 2026**

Title **Juan Chairez v. Frank Bisignano**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause Re: Dismissal for Lack of Prosecution**

On March 12, 2026, Plaintiff Juan Chairez ("Plaintiff") filed a Complaint seeking review of the final decision denying his application for supplemental security income. (ECF No. 1.) On May 12, 2026, Defendant Frank Bisignano ("Defendant") filed an Answer. (ECF No. 11.) Pursuant to the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) ('Supplemental Rules"), Plaintiff's brief was due June 11, 2026. *See* Supp. R. 6. On June 16, 2026, the Court granted the parties' Joint Stipulation for Extension of Time to File Plaintiff's Brief, such that Plaintiff's brief was due July 9, 2026. (ECF Nos. 14, 15.)

To date, Plaintiff has not filed his brief. Plaintiff therefore is **ORDERED TO SHOW CAUSE**, in writing, why the Court should not recommend that this case be dismissed for failure to prosecute and failure to comply with a Court order, **no later than 30 days after the date of entry of this Order**. If Plaintiff files a brief on or before that date, the Order to Show Cause will be discharged, and no additional action needs to be taken.

**Plaintiff is cautioned that failure to respond to this Order may result in a recommendation that the Complaint be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See* C.D. Cal. L.R. 41-1.**

It is so ordered.